UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CITY OF BRIDGEWATER,<br><br>    Plaintiff and Counter Defendant,<br><br>vs.<br><br>ERIC ROTH and DEBRA ROTH,<br><br>    Defendants, Counter Claimants, and Third-Party Claimants.<br><br>vs.<br><br>PEDRO LOPEZ<br><br>    Defendant.<br><br>vs.<br><br>MICAHEL DAMM and BOB ANDERSON,<br><br>vs.<br><br>    Third-Party Defendants. | 4:26-CV-04015-RAL<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND REQUIRING FULL FILING FEE |

Debra Roth and Eric Roth filed a pro se notice of removal from the Circuit Court for the First Judicial Circuit, McCook County, South Dakota. Doc. 1; Doc. 1-1. The Roths also filed a counterclaim alleging violations of various federal statutes, Doc. 3, and a motion for leave to proceed in forma pauperis, Doc. 2.

A federal court may authorize the commencement of any lawsuit without prepayment of fees when an applicant submits an affidavit stating he or she is unable to pay the costs of the lawsuit. 28 U.S.C. § 1915(a)(1). "[I]n forma pauperis status does not require a litigant to demonstrate absolute destitution." Lee v. McDonald's Corp., 231 F.3d 456, 459 (8th Cir. 2000). But in forma pauperis status is a privilege, not a right. Williams v. McKenzie, 834 F.2d 152, 154 (8th Cir. 1987). Determining whether an applicant is sufficiently impoverished to qualify to proceed in forma pauperis under § 1915 is committed to the sound discretion of the district court. Cross v. Gen. Motors Corp., 721 F.2d 1152, 1157 (8th Cir. 1983).

Based on the information the Roths provided in their motion for leave to proceed in forma pauperis, they have sufficient income to pay the full filing fee. Doc. 2. The Roths' financial affidavit indicates that they collectively receive $3,400 in gross monthly income. Id. at 1–2. The Roths claim that their monthly expenses collectively total $1,473. Id. at 4. Therefore, this Court finds that the Roths have sufficient funds to pay the full civil complaint filing fee, and their motion for leave to proceed in forma pauperis, Doc. 2, is denied. To proceed with their case, the Roths must collectively pay the full civil complaint filing fee of $405 by February 27, 2026.

Accordingly, it is

ORDERED that the Roths' motion for leave to proceed in forma pauperis, Doc. 2, is denied. It is further

ORDERED that the Roths must pay the full **$405** civil complaint filing fee on or before **February 27, 2026**. Failure to do so will result in the dismissal of his complaint without prejudice for failure to prosecute.

DATED January 28th, 2026.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE